UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MICHAEL SELVAGGIO, JR.                  :

        Plaintiffs,
                           :
   -against-                      NOTICE OF APPEARANCE

                           :       Docket No.: 08 Civ. 6511(WHP)(HP)

NEW YORK DAILY NEWS L.P. and
AMERICAN ARBITRATION ASSOCIATION  :

        Defendants.
                           :
-------------------------------------------------------------x

   TO: Neil H. Abramson, Esq.       American Arbitration Association
        Proskauer Rose LLP            Office of General Counsel
        1585 Broadway                   1633 Broadway, 10th Floor
        New York, NY 10036           New York, NY 10019-6708

        Clerk of the Court


Notice is hereby given that the undersigned will appear as counsel for Mr. Michael Selvaggio, Jr., in the above entitled action.


Dated: New York, New York
       July 31, 2008

                                                      /s/
                                      -------------------------------------------
                                      Noah A. Kinigstein, Esq. (3326)
                                      315 Broadway, Suite 200
                                      New York, NY 10007
                                      Tel: (212) 285-9300
                                      Fax: (212) 385-2608

I, Noah A. Kinigstein being an attorney duly licensed to practice law in the State of New York affirms the following under penalties of perjury:

    1. On July 31, 2008 I served the within Notice of Appearance by mailing a copy of the Notice of Appearance to each of the following persons at the last known address set forth after each name below by first class mail:

| | |
|---|---|
| Neil H. Abramson, Esq. | American Arbitration Association |
| Proskauer Rose LLP | Office of General Counsel |
| 1585 Broadway | 1633 Broadway, 10th Floor |
| New York, NY 10036 | New York, NY 10019-6708 |

Dated: New York, New York
    July 31, 2008

/S/
---------------------------------------
Noah A. Kinigstein