UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
MICHAEL SELVAGGIO, JR.,                                            :
:
                              Plaintiffs,        :
                                                 1:08-cv-6511-WHP
:
   - against -                                                    :
:
NEW YORK DAILY NEWS, L.P. and                                      :
NEWSPAPERS AND MAIL DELIVERERS'      :   **NOTICE OF APPEARANCE**
UNION OF NEW YORK AND VICINITY,                                    :
:
                              Defendants.     :
------------------------------------------------------------------ x

       PLEASE TAKE NOTICE that the undersigned counsel appears as co-counsel on behalf of Defendant Newspapers and Mail Deliverers' Union of New York and Vicinity, is admitted in this Court, and files this Notice so as to receive e-mail notification through the ECF system of all future filings at blevine@cwsny.com.

Date:   September 5, 2008

                                                                     Respectfully submitted,

                                                                    /s/ Bruce S. Levine
                                                             Bruce S. Levine (BL 2309)
                                                             COHEN, WEISS AND SIMON LLP
                                                             330 West 42nd Street
                                                              New York, New York 10036-6976
                                                               blevine@cwsny.com
                                                               (212) 356-0238

                                                              Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Notice to be served by first-class, pre-paid mail:

| | |
|---|---|
| Noah Aaron Kinigstein | Joshua F. Alloy |
| Law Office of Noah A. Kinigstein | Neil Howard Abramson |
| 315 Broadway, Suite 200 | Proskauer Rose LLP |
| New York, NY  10007 | 1585 Broadway |
| | New York, NY  10036 |

this 5th day of September 2008.

  /s/ Bruce S. Levine
Bruce S. Levine